## PAYNTER SHORT vs. THE STATE.

In bastardy cases the general character of the prosecutrix for chastity may be inquired into.

A question may be put to a witness tending to criminate him, but he is not obliged to answer.

Sussex, October term, 1845.  Appeal in bastardy.

The State proved the paternity of the child, by the mother, and closed.

Witnesses were called by the defendant, to impeach the character of the mother for chastity, and also to prove her intercourse with other men at or about the time.

The attorney general desired to inform these witnesses that they were not required to answer any question which tended to criminate themselves.

*The Court* said that this led to a question of some difficulty, which had been discussed in a case heretofore tried in this court; in which the decision was, that the question might be put to a witness whether he had had connection with the complainant, but that he was not bound to answer it; if he chose to protect himself under a claim of privilege.  (4 *T. Rep.* 440; 1 *M. & M.* 108; *Arch. Cr. Law* 102; 1 *Phill. Ev.* 269, 223; *Ros. Evid.* 97.)

The court also permitted questions to be put and answered, as to the general character of the prosecutrix for chastity.